DONALD GRAY DREWRY, SBN 160596
Attorney at Law
1032 East 14th Street, Suite D
San Leandro, CA 94577
Telephone: (510) 382-1222
Fax: (510) 562-7604

Attorney for Defendant,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| U.S. Government | CASE No. 6:06MJ0013-WMW |
|---|---|
| Plaintiff(s), | |
| vs. | (PROPOSED) ORDER TO CHANGE OF HEARING DATE |
| Ms. Alyssa A. Berman, | Date:     September 26, 2006 |
| Defendant(s). | Time:     9:00A.M. |

THE COURT ORDERS that the current hearing date of September 26, 2006 be changed to October 31, 2006.

Dated: September 14, 2006

IT IS SO ORDERED.

Mmkd34**Dated:     September 19, 2006   William M. Wunderlich**

1

```
 1

 2
                        UNITED STATES MAGISTRATE JUDGE
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
```